# Exhibit 10

## R. Abro's Instagram Posts









