# EXHIBIT 1

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

SHAMARA BOINES,

        Plaintiff,

-vs-                        Case No. 2:21-cv-13010-GCS-KGS

JARS HOLDINGS, LLC, d/b/a

JARS CANNABIS and RAYMOND ABRO,

jointly and severally,

        Defendants.
_____/

        The Deposition of RAYMOND ABRO,

        Taken at 423 N. Main Street,

        Suite 200, Royal Oak, Michigan,

        On Tuesday, November 29, 2022,

        Commencing at 9:43 a.m.

        Reported by: Pamela Moceri, CSR-2285

                                                                102

1           it's handed to the compliance officer to make sure the
2           store is in compliance with the law, and at that point
3           the store is supposed to be inspected by the
4           compliance officer.  This rule I know.
5                     After that is handed to us, we then
6           inspect the store and make sure it follows all
7           guidelines for compliance.  And if the inspector comes
8           in because we weren't properly ready it is because the
9           compliance officer did not review the store and follow
10          all the compliance of the law whether it's required by
11          the city or the state.
12     Q.   Can you tell me what specific inspections were failed
13          that caused you to or informed your reason for
14          terminating Ms. Boines?
15     A.   I didn't fail her simply because of inspections.
16     Q.   You didn't fire her simply because of the inspections
17          is what you're saying?
18     A.   Correct.
19     Q.   What inspections are you talking about now?
20     A.   East Detroit, Owosso and Lansing all had to get second
21          inspections or submit fixes that were noncompliant to
22          the inspecting officers.
23     Q.   Is that unusual that there is a needed fix when the
24          inspectors come through?
25     A.   It is unusual, yeah.  Is there -- what's the word I'm

                                                                103

1         looking for? -- perception of rule with some
2         inspectors, yes, and that's sometimes where we have to
3         make a simple change because of an inspector's want
4         rather than an actual law.
5    Q.   If the issue with the inspections was the only issue
6         with respect to Ms. Boines, would you have terminated
7         her?
8                   MR. SARCONI:  Objection.  Calls for
9         speculation.
10                  THE WITNESS:  That is not the only reason
11        why I fired her.
12   BY MS. BRAULT:
13   Q.   I understand, but I'm asking if that was the only
14        reason that existed, would you have fired her?
15                  MS. BADALAMENTI:  Calls for speculation.
16                  THE WITNESS:  I don't know how to answer
17        that question.
18   BY MS. BRAULT:
19   Q.   Well, the constant revisions, what were you talking
20        about in terms of constant revisions?
21   A.   With the SOPs that were written and policies and
22        procedures that were written, there was constant miss
23        in our initial conversation to when the SOP was
24        written.
25   Q.   Can you tell me of any specific SOP that you are

Raymond Abro
November 29, 2022

130

1  Q.  Did you get -- did you know between Shamara's
2      departure and a month later that there was a posting?
3  A.  No.
4  Q.  So you just found out a month later that there was a
5      posting?
6  A.  Correct.
7  Q.  Who ultimately filled that position of compliance
8      officer when it was filled?
9  A.  There was no position of compliance officer filled.
10 Q.  Ever?
11 A.  No.
12 Q.  So you don't have the -- have a compliance officer in
13     charge now?
14 A.  Correct.
15 Q.  Who performed that function once Shamara was --
16 A.  It's a committee-based program.
17 Q.  Have any JARS facilities -- have any facilities failed
18     any inspections since Shamara left?
19 A.  Yes.
20 Q.  How many?
21 A.  Don't know the answer.
22 Q.  Do you think that -- so I'm going to ask you some
23     questions about your beliefs.
24          Do you think that a family is better off
25     if a woman stays at home rather than work outside the

**Verbatim Court Reporters, P.C.**
info@verbatimpc.com     (810) 772-1156